# Casos resueltos sin opinión por el Tribunal Supremo de Puerto Rico desde Enero 1 a Junio 14, 1914.

No. 1086. Monge, Demandante y Apelado, v. Central Vannina, Demandada y Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre daños y perjuicios. Moción de la parte apelante desistiendo de la apelación. Resuelto en enero 13, 1914. Se tiene por desistida a la parte apelante. Abogados del apelante: *Sres. Hartzell & Rodríguez Serra.* Abogado de la apelada: *Sr. Hugh R. Francis.*

No. 1087. Díaz et al., Demandantes y Apeladas, v. Espada et al., Demandados y Apelantes.—Apelación procedente de la Corte de Distrito de Ponce en un caso sobre reconocimiento de hijos naturales. Moción de los apelantes desistiendo de la apelación. Resuelto en enero 15, 1914. Se tiene por desistidos a los apelantes. Abogados de los apelantes: *Sr. Manuel A. Rivera.* Abogado de las apeladas: *Sr. M. M. Sama de Atero.*

No. 1089. Torres, Demandante y Apelante, v. Alvarez et al., Demandados y Apelados.—Apelación procedente de la Corte de Distrito de Mayagüez en un caso sobre tercería de bienes muebles. Moción de la parte apelada para que se desestime la apelación. Resuelto en enero 20, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado del demandado Emilio Alvarez López: *Sr. Leopoldo Feliú.* Abogado del apelante: *Sr. José Tous Soto.*